6442 7309

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**BART GORE and**<br><br>**KEVIN G. MOORE,**<br><br>_____<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   23-cr-447 (RC)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   KEVIN G. MOORE
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☑ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372 - Conspiracy To Impede or Injure Officers.
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted  Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      09/11/2024

_Issuing officer's signature_

City and state:      Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 9-12-24, and the person was arrested on _(date)_ 9-16-24<br>at _(city and state)_ Huntington, WV.<br><br>Date: 9-16-24<br><br>_Arresting officer's signature_<br><br>T. A. Decra, FBI, SA<br>_Printed name and title_ |