6442 7309

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **BART GORE and** | ) | Case No.    23-cr-447 (RC) |
| | ) | |
| **KEVIN G. MOORE,** | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    **KEVIN G. MOORE**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 372 - Conspiracy To Impede or Injure Officers.
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    09/11/2024

_Issuing officer's signature_

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  9-12-24 , and the person was arrested on _(date)_  9-16-24 at _(city and state)_  Huntington, WV . |
| Date:  9-16-24 |
| _Arresting officer's signature_ |
| TA Berg   FBI, SA |
| _Printed name and title_ |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on June 14, 2024**  3:24-mj-00052

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.  23-cr-447 (RC)** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 372** |
| **BART GORE and** | : | **(Conspiracy To Impede or Injure Officers)** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| **KEVIN G. MOORE,** | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| **Defendants.** | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

Case: 1:23-cr-00447
Assigned To : Judge Rudolph Contreras
Assign. Date : 9/11/2024
Description:  Superseding Indictment (B)
Related Case: 23-cr-447 (RC)

### <u>S U P E R S E D I N G   I N D I C T M E N T</u>

The Grand Jury charges that, at all times material to this Superseding Indictment, on or

about the dates stated below:

### <u>Introduction</u>

*The 2020 United States Presidential Election and the Official Proceeding on January 6, 2021*

1.    The 2020 United States Presidential Election occurred on November 3, 2020.

2.    The United States Electoral College ("Electoral College") is a group required by

the Constitution to form every four years for the sole purpose of electing the president and vice

president, with each state appointing its own electors in a number equal to the size of that state's

Congressional delegation.

3.    On December 14, 2020, the presidential electors of the Electoral College met in the

state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next president and vice president of the United States.

4.      On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate ("the Joint Session") convened in the United States Capitol ("the Capitol") building. The purpose of the Joint Session was to open, count, and resolve any objections to the Electoral College vote of the 2020 U.S. Presidential Election, and to certify the results of the Electoral College vote ("Certification of the Electoral College vote") as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15–18.

### *The Attack at the U.S. Capitol on January 6, 2021*

5.      The Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building.

6.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

7.      On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building for the Certification of the Electoral College vote. Vice President Michael R. Pence presided, first in the Joint Session and then in the Senate chamber.

8.      A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police barricades onto the Capitol grounds and advanced to the building's exterior facade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to

which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol building or grounds, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

9.      Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence) were evacuated from their respective chambers. The Joint Session was halted while Capitol Police and other law-enforcement officers worked to restore order and clear the Capitol building and grounds of the unlawful occupants.

10.      Later that night, law enforcement regained control of the Capitol building and grounds. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, who had remained hidden within the Capitol building throughout these events.

11.      In the course of these events, over 100 law enforcement officers were injured. The Capitol suffered millions of dollars in damage—including broken windows and doors, graffiti, and residue from pepper spray, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order. Additionally, many media members were assaulted and had cameras and other news-gathering equipment destroyed.

*Conspirators*

12.      BART GORE is a 51-year-old resident of Danridge, Tennessee.

13.      KEVIN G. MOORE is a 51-year-old resident of Logan, West Virginia.

3

14.     GORE and MOORE became friends when they both lived in West Virginia, and they remained in contact after GORE moved to Tennessee. In texts and Facebook messages, GORE referred to West Virginia as home.

## COUNT ONE

15.     The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

16.     On or about October 4, 2020 through January 6, 2021, within the District of Columbia and elsewhere, the defendants, **BART GORE** and **KEVIN G. MOORE**, did conspire with each other and others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

### Means and Methods of the Conspiracy

#### *Preparing for January 6, 2021*

17.     On November 4, 2020, GORE replied to a post on Facebook, "I have lived my life enjoying the freedom so many others gave their lives to protect. I don't want to live in a communist country. At some point we (the people who actually believe in something) have to take a stand. We have become so tolerant and passive that the left and libs know that they can get their way through riots and lawless behavior. When do we turn the table and start dishing out what we've been dealt? For those of you that believe in God, what was the only sacrifice given to stay or forgive sins? BLOOD. I know violence is a last resort but controlled violence is very effective. I

believe in our country and I believe in all of you that have a spine. There's plenty of us out here. We just have to form a union of believers. It's time for action!!"

18.    GORE and MOORE used Facebook messenger to send messages, photos, videos, and links, to share information regarding the 2020 presidential election, to attempt to recruit others, and to coordinate travel plans for January 6, 2021.

19.    On December 12, 2020, GORE messaged MOORE on Facebook, "Hey punk!! Look at my post on Facebook. I joined the Proud Boys a couple months ago. Time to put boots on the ground. We should be in DC right now." MOORE responded, "How can I join."

20.    Earlier that day, the Proud Boys had participated in a march in Washington, D.C. protesting the results of the 2020 Presidential election, where multiple people were stabbed. GORE sent MOORE a video about that event titled, "@Murder the Media – MurderTheMedia - Here's the stabbing and subsequent boot party"

21.    On December 12, 2020, GORE messaged MOORE that the Proud Boys are "organized and they mean business." MOORE responded, "I would love to be there."

22.    GORE continued, "They are kicking the crack out of antifa and blm in dc right now." MOORE messaged back that we are all going to have to fight back.

23.    GORE told MOORE, "If I would've had a partner to ride with me, I would be there. I'm going to the next march. Follow murder the media on Parler and look at the videos. You'll be ready to go. I know you bro." MOORE responded, "Yes let's go."

24.    In subsequent online communications, MOORE advised GORE, "It's past time people got to fight back." Later in the same conversation GORE stated to MOORE, "I think we go for the head of the snake. The FBI, the CIA, Obama, Clinton's [sic], Barr, and anyone else. I don't want to live in a communist country." MOORE responded with a thumbs up.

25.    GORE continued, "I'm so ready to kick the lungs loose in these mfers." MOORE responded, "They all need to go down." Gore then stated, "I'm ready to do my part. I don't plan on living in a communist country."

26.    On December 16, 2020, GORE's family member texted him a message that included the following text: "Today, the electoral college votes will be sealed and sent by special carrier to Washington where they will remain sealed until January 6th when the House and Senate will come into a joint session to open the votes. The media is going to make you believe that it's all over and Joe Biden is now officially president...On January 6th, Nancy Pelosi will sit down with the rest of the House members as she has no special power or authority over the hearing... Vice President Mike Pence will have all the authority as president of the Senate for that day and will accept or reject motions to decide the next steps by the assembly. Remember... Mike Pence is in full authority that day as written in the Constitution. The ballots will be certified today but that means nothing...The votes will be opened and at that point one House member could, and most likely will, raise their hand to object to the Vice President on the state of elector's votes. That objection could cover fraud or any other reason, and with the seconding of that objection everything changes. Everything!! The House and Senate will divide for two hours (at least) to debate, then vote. The vote will be per Senator with the Vice President being the deciding vote if needed in the Senate, while the vote in the House will be only be ONE vote per delegation, per state, not per House member!!! The Republicans have 30 delegation votes compared to the Democrats 20 delegation votes. If this scenario runs true, President Trump gets re-elected. The Democrats, the media, social networks and globalists around the world will come unhinged and chaos will erupt. Bigly. President Trump is trying to do the right thing and go through the courts first, expose all the fraud, but we all knew that none of the courts, even the Supreme Court wanted

to touch this issue with a 10-ft pole! This is why our forefathers were so brilliant because they knew something like this could happen someday. So, don't listen to the media and all their deception and lies. All you have to do is read the Constitution and you know that the law, policies and procedures in the end are on our side. If you think this is over & Biden truly won, Buckle up and enjoy the ride!"

27.    On December 17, 2020, GORE sent MOORE a tweet that said, "According to a source close to the White House Admin @realDonaldTrump @ POTUS has ordered most of his WH staff to leave DC area and clear out. Something big is about to go down in DC." GORE then asked MOORE, "You ready, bro?" Moore responded, "I'm ready it's past time. I'm ready to kick some BLM butt." MOORE then sent GORE a photo of himself flexing without a shirt. GORE commented on MOORE's appearance and then messaged, "yeah. You're ready." Later in that conversation, MOORE told GORE, "Something does happen you come home I'm in very good shape with ammo and guns."

28.    On or about December 21, 2020, GORE mentioned to MOORE trying to go to Washington, D.C. on January 6, 2021. In that same conversation, GORE told MOORE, "I'd love to be the one to capture Obama or Hillary. I'd strip them naked and beat them with a belt and switch. Then I'd rest and beat them some more." MOORE responded, "Me too it will be a beautiful day."

29.    On December 22, 2020, GORE texted a friend concerning the events planned in Washington, D.C. on January 6. Among other statements, GORE told his friend, "The only way to solve this is for all those crooks to be tried and convicted and executed!!"

30.    On December 26, 2020, GORE texted another friend, "Gonna happen on the 6th. Hope you guys are prepared." The friend asked GORE to explain what he would need. GORE

responded, "Tons of ammo. Food. A plan for your family when communicating by cell phone won't work. Two way radios. That's why I joined up with the Proud Boys and 3%ers. That way I am in the know about this stuff. Dude, this is for real." The conversation continued and GORE stated, "They're marching on DC on the 6th. Preparing to secure the presidency for Trump."

31.    On January 1, 2021, MOORE messaged GORE on Facebook, "You think if we go to DC we will find anywhere to stay." GORE responded, "I was thinking about that this afternoon. I'm coming home Saturday. We will look. I'm bringing an AR with me." MOORE replied, "Sounds good."

32.    On January 2, 2021, MOORE messaged GORE that they would talk about going to Washington, D.C. GORE messaged MOORE, "That sounds awesome!! You ready to get beat up?? Lol" MOORE responded, "I can't wait to get whipped on. If we do get beat up we won't tell nobody." GORE continued, "I'm gonna go to dicks and get me a mouth guard so I don't get my teeth knocked out. Lol." MOORE responded, "I have one." GORE explained, "I used to have one. I don't know where it's at. I may get a small bat and a backpack." MOORE replied, "If we do go we will have to stop and get everything we will need." GORE suggested getting wasp spray. GORE continued, "Dude, do you realize we may be a huge part of history? Just like in 1776. I want to do my part." GORE suggested inviting another person. MOORE responded, "I will ask him to go I have told some people thinking about going they think we are crazy." GORE replied, "I don't care. If it's good enough for my brothers to be fighting, it's good enough for me. I don't want to live in a communist country. I'll fight til I can't fight anymore to keep my kids from living that way." MOORE messaged, "I really want us to go we got to find somewhere to stay." GORE responded, "I'm not going to be told that I can't worship my Jesus." MOORE replied, "Amen." GORE then messaged, "Daniel stood against the government and ended up in the lion's den."

8

33.     Later on January 2, 2021, GORE sent MOORE a screen shot of an article headline that said, "Speaker Pelosi's house vandalized with graffiti, pig head: reports." MOORE responded, "Good." GORE continued, "I say we sack their homes!! Arrest them and beat them with bamboo chutes. Lol" MOORE replied with a thumbs up. GORE then messaged MOORE, "Text JAN6 to 86184. Go to wildprotest.com and sign up on rsvp." The link summary explained, "OFFICIAL HOME OF JAN6 PROTEST AT CONGRESS. Click for event details about the protest happening outside of Congress where the #DoNotCertify caucus will object to the botched Electoral College. Stop the Steal!" MOORE responded, "I just did it."

34.     On January 3, 2021, MOORE messaged GORE that they need to make plans for DC. GORE responded MOORE could come by to plan and said, "I'm getting stoked!! I think this is going to be a big deal." Later that day, GORE messaged MOORE, "There's honor in dying on your feet!! My knees only hit the ground for my Jesus. Everyone that sits around and does nothing, deserves nothing. Doing nothing is why we're in this situation." MOORE responded with a thumbs up.

35.     On January 4, 2021, GORE messaged MOORE to download Telegram. Later in the conversation, MOORE messaged, "it's going to get real in DC." GORE responded, "yes sir." MOORE replied, "We are going to be right in the middle of it." In the conversation, MOORE and GORE discussed inviting others. GORE agreed to pick up MOORE's friend in Charleston on the way to Washington, D.C.

36.     GORE's girlfriend also texted him that she was worried about him. GORE texted her, "Things are changing. They're armed now. Brace yourself."

37.     GORE's girlfriend texted GORE, "You taking a gun??" GORE responded, "Yes."

38.     On January 6, 2021, GORE and MOORE attended the "Stop the Steal" rally. They

stayed for at least part of then-President Trump's speech.

### *January 6, 2021: Participation in the Riot at the U.S. Capitol*

39.    GORE and MOORE walked over to the U.S. Capitol and made their way to the northwest lawn. GORE and MOORE attempted to climb the northwest stairs and they were exposed to a chemical irritant. Another rioter provided GORE and MOORE with safety googles.

40.    GORE and MOORE climbed the Northwest Stairs a second time and arrived in the Northwest Courtyard around the time of the first breach of the U.S. Capitol Building.

41.    When GORE and MOORE first arrived at the top, GORE took a video and he said, "We made it to the top. Ready to go in. Here we come." Later in the video GORE says, "I've been pepper sprayed, tear gassed, but I made it."

42.    GORE and MOORE entered the Parliamentarian Door of the U.S. Capitol around 2:47 p.m. Before entering, GORE recorded a video. In the video, GORE and MOORE turned to each other and GORE said, "I guess we should see what this is all about." GORE and MOORE then entered the Capitol Building.

43.    While at the Capitol, a friend messaged GORE, "what's going on up there?" GORE responded, "Chaos! I made it inside." GORE texted another friend, "I made it inside!! This time there's action bro. Been tear gassed and pepper sprayed. Tons of video. It's still crazy bro."

### *Post-January 6, 2021 Activity*

44.    On January 7, 2021, MOORE messaged GORE to request photos and videos from January 6.

45.    On January 12, 2021, GORE messaged, "I want to go back." MOORE responded, "She got everything on lock down." GORE continued, "I wasn't satisfied. I would have been satisfied if they brought Nancy's head out on a stick." MOORE responded, "I think so [sic] of the

people were looking for her. I've seen the videos, I can't believe we didn't see any of this."

(**Conspiracy to Impede or Injure Officers**, in violation of Title 18, United States Code, Section 372)

## COUNT TWO

The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

On or about January 6, 2021, in the District of Columbia, **BART GORE** and **KEVIN G. MOORE** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT THREE

The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

On or about January 6, 2021, in the District of Columbia, **BART GORE** and **KEVIN G. MOORE** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

11

## COUNT FOUR

The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

On or about January 6, 2021, in the District of Columbia, **BART GORE** and **KEVIN G. MOORE** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FIVE

The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

On or about January 6, 2021, in the District of Columbia, **BART GORE** and **KEVIN G. MOORE** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

FOREPERSON.

*Mtthe M. Graves /rup*

Attorney of the United States in
and for the District of Columbia.

12

# Courtroom Minute Entry

**Room:** Huntington                    **Case No.:** 3:24-mj-52                    **Type:** Criminal
**Caption:** USA v. Kevin G. Moore        **Judge:** Joseph K. Reeder

**Started:**  9/16/2024 2:31:55 PM
**Ends:**     9/16/2024 2:39:15 PM        **Length: 00:07:21**

Judge: Joseph K. Reeder
Courtroom Deputy: Sydney Johnston
Law Clerk: Jenna Hess
Assistant U.S. Attorney: Owen Reynolds
CJA Attorney: Lee Booten
USPO: Erin Stone
Court Reporter: Courtsmart
Defendant: Kevin G. Moore

**INITIAL APPEARANCE of Kevin G. Moore on Superseding Indictment**

| | |
|---|---|
| 2:32:46 PM | Judge: Joseph K. Reeder |
| 2:32:47 PM | Called case, noted appearances of counsel, and defendant present in courtroom |
| 2:32:48 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:33:09 PM | Defendant wishes to waive identity hearing |
| 2:33:27 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:33:33 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:33:38 PM | Questions defendant about indictment related matters |
| 2:33:57 PM | Defendant: Kevin G. Moore |
| 2:33:58 PM | Stated personal information |
| 2:34:01 PM | Questions defendant about indictment related matters |
| 2:34:18 PM | Judge: Joseph K. Reeder |
| 2:34:30 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:34:53 PM | Stated violation(s) in charging document and possible penalties |
| 2:36:09 PM | Assistant U.S. Attorney: Owen Reynolds |
| 2:36:11 PM | AUSA has not filed a motion for detention hearing |
| 2:36:43 PM | Defendant wishes to have arraignment and detention hearing here. |
| 2:38:01 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release. |
| 2:38:24 PM | Advises AUSA of Brady Materials and AUSA acknowledges obligations. |
| 2:38:30 PM | Hearing adjourned. |

# Courtroom Minute Entry

**Room:** Huntington                    **Case No.:** 3:24-mj-00052                    **Type:** Criminal
**Caption:** USA v. Kevin G. Moore        **Judge:** Joseph K. Reeder

**Started:**   9/19/2024 9:55:39 AM
**Ends:**      9/19/2024 10:02:48 AM        **Length: 00:07:10**

       Judge: Joseph K. Reeder
       Courtroom Deputy: Sydney Johnston
       Law Clerk: Jenna Hess
       Assistant U.S. Attorney: Owen Reynolds
       CJA Attorney: Lee Booten
       Defendant: Kevin G. Moore
       USPO: Beth Srednicki
       Court Reporter: Courtsmart

       **STATUS HEARING of Kevin G. Moore**

| | |
|---|---|
| **9:59:46 AM** | Judge: Joseph K. Reeder |
| **9:59:57 AM** | Called case, noted appearances of counsel, and defendant present in the courtroom |
| **10:00:32 AM** | Court addressed arraignment and detention hearing in District of Colombia |
| **10:01:28 AM** | CJA Attorney: Lee Booten |
| **10:01:33 AM** | Lee responds as to AR/DH details – will provide email link to AR/DH to defendant |
| **10:01:56 AM** | Judge: Joseph K. Reeder |
| **10:02:02 AM** | Addresses commitment to another district. |
| **10:02:29 AM** | Hearing Adjourned |

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### AT HUNTINGTON

**UNITED STATES OF AMERICA**

**v.**                                  **CRIMINAL NO.  3:24-mj-52**
                                        **Charging District's Case No. 1:23-cr-447**

**KEVIN G. MOORE**

### DUE PROCESS PROTECTIONS ACT ORDER
### TO ALL COUNSEL REGARDING *BRADY* OBLIGATIONS

In accord with the Due Process Protections Act and Rule 5(f) of the Federal Rules of Criminal Procedure, this Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and hereby **ORDERS** the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to all counsel of record herein.

**ENTERED**:   September 17, 2024



Joseph K. Reeder
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT HUNTINGTON**

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL CASE NO.   3:24-mj-52-2**
                                          **Charging District's Case No. 1:23-cr-447**

**KEVIN G. MOORE**

<u>**ORDER**</u>

At Huntington, on September 16, 2024, came the Defendant, Kevin G. Moore, in person,

and by court-appointed counsel, Lee Booten, CJA Panel Attorney, and came the United States by

Owen Parsons, Assistant United States Attorney, for the purpose of an Initial Appearance on

<u>Indictment</u> [Doc. 1] filed in the District of Colombia. Also present was Erin Stone, United States

Probation Officer.

The Defendant was not called upon to plead. The Court informed the Defendant of the

nature of the charges contained in the Indictment. The Court further informed the Defendant that

he was not required to make a statement and that any statement made by the Defendant may be

used against him.

Based upon the financial affidavit submitted by the Defendant, it is **ORDERED** that Lee

Booten, CJA Panel Attorney, is appointed to represent the Defendant for purposes of hearings in

this district only.

The Defendant acknowledged that he was the Kevin G. Moore named in the <u>Indictment</u>

and expressly waived his right to an Identity Hearing. Thereafter, the Court advised the Defendant

of his rights and of the specific violations alleged in the <u>Indictment</u>. The Defendant confirmed that

he understood his rights and the allegations against him. The Defendant and defense counsel executed a written **Waiver of Rule 5 & 5.1 Hearings** pertaining to certain hearings in this District. The written waiver has been made part of the record.

The Court **ORDERED** the Defendant be released on a $10,000 Unsecured Appearance Bond with Order setting Conditions of Release pending further proceedings held in the Southern District of West Virginia and in the District of Colombia.

Further, upon consultation with counsel, the Court will hold a **status hearing Thursday, September 19, 2024, at 10:00 a.m.** in Huntington before the undersigned. The Defendant and counsel are **ORDERED** to appear.

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant; counsel of record; the United States Probation Department; the United States Marshals Service; and the Clerk of the United States District Court for the District of Colombia.

**ENTERED**:    September 17, 2024

Joseph K. Reeder
United States Magistrate Judge

2

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:24-mj-00052 |
| | ) | |
| KEVIN MOORE | ) | |
| | ) | Charging District's Case No.   1:23-cr-447 |
| _____ | ) | |
| *Defendant* | ) | |

**SEP 1 6 2024**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     District of Columbia     .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   9/16/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Lee Booten, CJA Panel Attorney
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                    Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT

## for the

### Southern District of West Virginia

ENTERED

SEP 1 6 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

United States of America )
v. )
)
KEVIN G. MOORE )
_____ )
*Defendant*                    )

Case No.   3:24-mj-00052

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   to be determined.
_____
*Place*

on  _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                    Page 2 of 4 Pages

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( □ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
              *Custodian*                                    *Date*

( ✓ )  (7)  The defendant must:
   ( ✓ )  (a)  submit to supervision by and report for supervision to the  USPO _____ ,
              telephone number _____ , no later than _____ .
   ( ✓ )  (b)  continue or actively seek employment.
   ( □ )  (c)  continue or start an education program.
   ( ✓ )  (d)  surrender any passport to:  USPO
   ( ✓ )  (e)  not obtain a passport or other international travel document.
   ( ✓ )  (f)  abide by the following restrictions on personal association, residence, or travel:  Stay away from D.C. unless for Court, pretrial or consultation with attorney.

   ( ✓ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

   ( □ )  (h)  get medical or psychiatric treatment: _____

   ( □ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

   ( □ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ✓ )  (k)  not possess a firearm, destructive device, or other weapon.
   ( ✓ )  (l)  not use alcohol ( ✓ ) at all ( □ ) excessively.
   ( ✓ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( □ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   ( □ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( □ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
        ( □ )  (i)  **Curfew.** You are restricted to your residence every day ( □ ) from _____ to _____ , or ( □ ) as directed by the pretrial services office or supervising officer; or
        ( □ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( □ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
        ( □ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
              **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                    Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

(☐) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- (☐) (i)   Location monitoring technology as directed by the pretrial services or supervising officer; or
- (☐) (ii)  Voice Recognition; or
- (☐) (iii) Radio Frequency; or
- (☐) (iv)  GPS.

(☐) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☑) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☑) (t) No local/state/federal crimes. Call pretrial services once per week and verify address. Advise pretrial services of any travel within the U.S. outside of home jurisdiction. Participate in all future proceedings as directed. No travel outside of the continental US without Court approval. **SEE CONTINUED BELOW

AO 199C  (Rev. 09/08)  Advice of Penalties                                                          Page __4__ of __4__ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Huntington, WV
_____
*City and State*

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.

(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __9/16/24__            _____
                                             *Judicial Officer's Signature*

                                       Joseph K. Reeder , USDC MJ
                                             *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

United States of America )
v. )
KEVIN G. MOORE )       Case No.  3:24-mj-00052
_____ )
*Defendant* )

**FILED**

**SEP 1 6 2024**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Kevin G. Moore _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

( X ) (2)  This is an unsecured bond of $  10,000.00 _____  .

(    ) (3)  This is a secured bond of $ _____ , secured by:

(    ) (a) $ _____ , in cash deposited with the court.

(    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 09/18-2024

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 9/16/24

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 9/16/24

_____
*Judge's signature*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )    Case No.   3:24-mj-00052 |
| KEVIN MOORE | ) |
| _____ | )    Charging District's |
| *Defendant* | )    Case No.   1:23-cr-447 _____ |

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Columbia_____ ,

*(if applicable)* _____ division. The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

                ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   9/19/24 _____           _____
                                                    *Judge's signature*

                            Joseph K. Reeder, United States Magistrate Judge
                                                 *Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT HUNTINGTON**

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL CASE NO.  3:24-mj-52-2**
                                                      **Charging District's Case No. 1:23-cr-447**

**KEVIN G. MOORE**

<u>**ORDER**</u>

On September 19, 2024, a status hearing was held in this matter. The Defendant is **ORDERED** to appear in the District of Colombia for his arraignment and detention hearing on **October 1, 2024, at 12:30 p.m. EDT via ZOOM.** Connectivity details will be provided to the Defendant by his counsel in this District only, Mr. Booten. Further, the Court also entered a <u>Commitment to Another District.</u>

The Court **DIRECTS** the Clerk to provide a copy of this Order to the Defendant and counsel; to the Assistant United States Attorney; to the United States Probation Office; and to the Office of the United States Marshal Service.

**ENTERED:**   September 19, 2024

Joseph K. Reeder
United States Magistrate Judge

CLOSED

# United States District Court
## Southern District of West Virginia (Huntington)
### CRIMINAL DOCKET FOR CASE #: 3:24-mj-00052 All Defendants

Case title: United States of America v. Moore

Other court case number: 1:23-cr-00447 USDC/District of Columbia

Date Filed: 09/16/2024

Date Terminated: 09/19/2024

---

Assigned to: Magistrate Judge Joseph K. Reeder

**Defendant (1)**

**Bart Gore**
*and*
*TERMINATED: 09/16/2024*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Magistrate Judge Joseph K. Reeder

**Defendant (2)**

**Kevin G. Moore**
*TERMINATED: 09/19/2024*

represented by **R. Lee Booten , II**
637 7th Street
Huntington, WV 25701
304/522-4601
Fax: 304/523-1020

Email: bootenlaw@wvdsl.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                  **Disposition**

Rule 5(c)(3) Documents

---

**Plaintiff**

**United States of America**                 represented by   **Owen A. Reynolds**
                                                              UNITED STATES ATTORNEY'S OFFICE
                                                              Room 4000
                                                              300 Virginia Street East
                                                              Charleston, WV 25301
                                                              304-345-2200
                                                              Fax: 304-347-5104
                                                              Email: owen.reynolds@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Designation: for the United States of*
                                                              *America*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/16/2024 | 1 | Rule 5(c)(3) DOCUMENTS RECEIVED as to Kevin G. Moore. (mkw) |
| 09/16/2024 | 2 | WARRANT RETURNED EXECUTED in case as to Kevin G. Moore. Defendant arrested on 9/16/2024. (mkw) |
| 09/16/2024 |   | COMPLAINT for statistical purposes as to Kevin G. Moore. (mkw) |
| 09/16/2024 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Kevin G. Moore. (mkw) |
| 09/16/2024 | 4 | WAIVER OF RULE 5 & 5.1 HEARINGS by Kevin G. Moore. (mkw) |

| 09/16/2024 | 5 | ORDER SETTING CONDITIONS OF RELEASE as to Kevin G. Moore. Signed by Magistrate Judge Joseph K. Reeder on 9/16/2024. (cc: Judge, USA, USP, USM, counsel, deft) (skm) |
|---|---|---|
| 09/16/2024 | 6 | APPEARANCE BOND as to Kevin G. Moore in the amount of $10,000.00, unsecured. (skm) |
| 09/16/2024 | 7 | INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS as to Kevin G. Moore held by Magistrate Judge Joseph K. Reeder on 9/16/2024; Court Reporter: Courtsmart. (sbj) |
| 09/16/2024 | | ATTORNEY UPDATE in case as to Kevin G. Moore. Attorney R. Lee Booten, II for Kevin G. Moore added. (mkw) (Entered: 09/17/2024) |
| 09/17/2024 | 8 | ORDER as to Kevin G. Moore; upon hearing held 9/16/2024; directing that Lee Booten, CJA Panel Attorney, is appointed to represent the Defendant for purposes of hearings in this district only; directing the Defendant be released on a $10,000 Unsecured 6 Appearance Bond with 5 Order setting Conditions of Release pending further proceedings held in the Southern District of West Virginia and in the District of Columbia; Status Hearing set for 9/19/2024 at 10:00 AM in Huntington before Magistrate Judge Joseph K. Reeder; Defendant and counsel are directed to appear. Signed by Magistrate Judge Joseph K. Reeder on 9/17/2024. (cc: Judge, USA, USP, USM, counsel, deft, Clerk of the United States District Court for the District of Columbia) (jsa) |
| 09/17/2024 | 9 | DUE PROCESS PROTECTIONS ACT ORDER TO ALL COUNSEL REGARDING BRADY OBLIGATIONS as to Kevin G. Moore. Signed by Magistrate Judge Joseph K. Reeder on 9/17/2024. (cc: Judge, USA, counsel) (jsa) |
| 09/19/2024 | 10 | STATUS HEARING as to Kevin G. Moore held by Magistrate Judge Joseph K. Reeder on 9/19/2024; Court Reporter: Courtsmart. (sbj) |
| 09/19/2024 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Kevin G. Moore. Defendant committed to District of Columbia. Signed by Magistrate Judge Joseph K. Reeder on 9/19/2024. (cc: Judge, USA, USP, USM, counsel, deft) (skm) |
| 09/19/2024 | 12 | ORDER as to Kevin G. Moore; upon hearing held 9/19/2024; directing the Defendant to appear in the District of Columbia for his arraignment and detention hearing on 10/1/2024 at 12:30 PM via ZOOM. Signed by Magistrate Judge Joseph K. Reeder on 9/19/2024. (cc: Judge, USA, USP, USM, counsel, deft) (skm) |
| 09/19/2024 | | NOTICE to District of Columbia of a Rule 5 Transfer as to Kevin G. Moore. Your case number is 1:23-cr-447. Using your PACER account, you may retrieve the docket sheet and documents via the case number link. If you require certified or sealed copies of any documents, please send a request to wvsdml_InterDistrictTransfer@wvsd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov (skm) |